

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2023 AUG 15  PM 4: 01

MARGARET BOTKINS, CLERK
CHEYENNE

# UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **CRIMINAL COMPLAINT** |
| v. | |
| NATHAN GOSSENS, | Case Number  23-MJ-62-J |
| Defendant. | |

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

On or about July 22, 2023, in the District of Wyoming, the Defendant, **NATHAN GOSSENS**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, namely, a Ruger EC9s 9mm pistol bearing serial number 458-60281, and the firearm was in and affecting commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

I further state that I am a LEO with the United State Forest Service and that this complaint is based on the following facts:

### *(See attached Sworn Statement)*

Continued on the attached sheet and made a part hereof.

Signature of Complainant
JEREMY MACK

Sworn and attested before me by telephone, bearing a previous signature submitted by e-mail communication in accordance with the requirements of Fed. R. Crim. P. 4.1,

August 15, 2023
Date

at   Cheyenne, Wyoming
City and State

HON. KELLY H. RANKIN
Chief United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

**SWORN STATEMENT IN SUPPORT OF CRIMINAL COMPLAINT**
**LEO JEREMY MACK**
**U.S. v. NATHAN GOSSENS**

1.      I am a Law Enforcement Officer with the United States Department of

Agriculture, United States Forest Service (USFS) and have been employed since December

2009.  I am currently assigned to the Rocky Mountain Region, Bighorn National Forest in

Sheridan, Wyoming where I am responsible for the investigation of violation of laws and

regulations occurring on or affecting National Forest System (NFS) lands.

2.      I have received extensive Law Enforcement training at the Department of

Homeland Security's Land Management Police Training (LMPT) at the Federal Law

Enforcement Training Center (FLETC) in Glynco, Georgia.  This training program covered

subject matters that included Federal Criminal Statutes, interviewing techniques,

Constitutional Law, and various other investigative techniques.  This program was followed

by the USFS's Field Training and Evaluation Program (FTEP), a 12 week, three phase field

training program.

3.      As a Law Enforcement Officer with the USFS, I have experience and am

responsible for investigating violations of Federal Criminal Law and regulations pertaining to

National Forest System lands.  Throughout my career I have participated in and conducted

investigations in a wide range of criminal activities affecting NFS lands including but not

limited to Title 36 Code of Federal Regulations (general prohibitions that apply throughout

the National Forest System), 21 U.S.C. 841 (Controlled Substance Act), and numerous

chapters of U.S. Code under Title 18.  These investigations have resulted in numerous convictions and arrests.

4.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and does not set forth all my knowledge about this matter.  To the best of my knowledge and belief, all statements made in this affidavit are true and correct.

5.      This affidavit is submitted in support of an arrest warrant and criminal complaint charging Nathan Ty GOSSENS (DOB: XX/XX/1992) with the violation of Title 18 U.S.C. § 922(g)(1) Felon in Possession of a Firearm.  I submit probable cause exists to believe that on or about July 22, 2023, in the State and District of Wyoming, GOSSENS, did knowingly possess a firearm, that is a Ruger, Model EC9s, 9mm pistol bearing serial number 458-60281.

6.      On July 22, 2023, I responded to the area of the Sibley Lake Day Use Area to investigate a complaint of a party camping in a prohibited area.  On making contact with several individuals at the Day Use Area behind a "No Camping Here" sign, I identified Nathan T. GOSSENS by his Montana State Driver's License.  During my initial contact with GOSSENS he was wearing a black pistol in a brown leather holster on his right hip.  After retrieving GOSSENS' Driver's License I asked GOSSENS to secure the firearm he was wearing somewhere safe before I continued my investigation.  GOSSENS was run through Wyoming State SALECS Dispatch with a return coming back showing a confirmed Arrest

2

Warrant out of Big Horn County, Wyoming for a felony probation violation.  At the request

of the Big Horn County Sheriff's Department I placed GOSSENS under arrest and

transported him to a location that a Big Horn County Sheriff's Deputy was able to meet me

and take custody.

7.      After identifying GOSSENS, discovering his warrant and placing him under

arrest; I talked to his spouse, C.G. who showed me where the firearm was that GOSSENS

had taken off.  I recovered the firearm, a Ruger, Model EC9s, 9mm pistol bearing serial

number 458-60281, which was in the brown leather holster.  I ran the firearm information

through Wyoming State SALECS Dispatch and it returned clear.  I returned the firearm to

C.G. before transporting GOSSENS.

8.      On July 24, 2023, I received a copy of Nathan T. GOSSENS criminal history

from Wyoming State SALECS Dispatch and confirmed that GOSSENS was convicted of

Simple Burglary (Wyoming Statute § 6-3-301(a)), a felony, in Wyoming on March 4, 2012.

9.      After confirming the felony conviction, I contacted C.G., who had returned to

their residence in Billings, MT.  C.G. agreed to voluntarily turn the pistol over to me which

she did later that day.

10.     Based on my experience and investigation, Strum, Ruger & Company Inc., the

manufacturer of the Ruger EC9s pistol, has no manufacturing facilities in the State of

Wyoming.  Therefore, it moved in interstate commerce to arrive in Wyoming.

11.     Based on my training, education and experience, and the information provided to me, I believe Nathan T. GOSSENS violated Title 18 U.S.C. § 922(g)(1), by knowingly possession a firearm as a convicted felon.

**END OF SWORN STATEMENT**

## PENALTY SUMMARY

**DEFENDANT NAME:**    **NATHAN GOSSENS**

**DATE:**    August ___, 2023

**INTERPRETER NEEDED:**    No

**VICTIM(S):**    No

**OFFENSE/PENALTIES:**    **18 U.S.C. §§ 922(g)(1) and 924(a)(8)**
**(Felon in Possession of a Firearm)**

0-15 Years Imprisonment
Up To $250,000 Fine
3 Years Supervised Release
$100 Special Assessment

**AGENT:**    Jeremy Mack, USFS

**AUSA:**    Jonathan C. Coppom, Assistant United States Attorney

**ESTIMATED TIME OF TRIAL:**    1 to 5 days

**WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:**    Yes

**ARE THERE DETAINERS FROM OTHER JURISDICTIONS:**    No